# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

TURBINE POWERED TECHNOLOGY, LLC

VERSUS

DAVID CROWE, KENNETH BRACCIO,
DANIEL FOLEY, GEORGE JACKSON,
KENT ELLSWORTH, ARIZONA TURBINE
TECHNOLOGY, LLC, ARIZONA
TURBINE TECHNOLOGY, INC.,
ADVANCED TURBINE SERVICES, LLC

NO.   2020 CW 0170

APR 2 8 2020

---

In Re:   Advanced Turbine Services, LLC and Kenneth Braccio, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No.130379.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT